# United States District Court

WESTERN DISTRICT OF WASHINGTON

TEDDY MORRIS

JUDGMENT IN A CIVIL CASE

v.

ROB McKENNA

CASE NUMBER: C09-5345RBL/JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court adopts the Report and Recommendation; and

This petition is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Report and Recommendation.

| November 17, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk