1    HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                   AT TACOMA

10    TEDDY MORRIS,

11                          Petitioner,          Case No. C09-5345RBL

12              v.                               ORDER

13    ROB McKENNA,

14                          Respondent.

15

16

17         THIS MATTER comes on before the above-entitled Court upon Petitioner's Objection [Dkt. #21]

18    to the Magistrate Judge's Report and Recommendation [Dkt. #19].  Having considered the entirety of the

19    records and file herein, the Court finds and rules as follows:

20         On November 13, 2009 this Court entered an Order adopting the Magistrate Judge's Report and

21    Recommendation to dismiss Petitioner's case.  On or about November 16, 2009 Petitioner filed his

22    Objections (posted to the Court's docket on November 24, 2009).  Judgment was entered on November

23    17, 2009.

24         Petitioner's Objection is not well-taken.  The Judgment entered November 17, 2009 remains in

25    effect.

26         **IT IS SO ORDERED.**

27

28

      ORDER
      Page - 1

1        The Clerk shall send uncertified copies of this order to all counsel of record, and to any party

2  appearing pro se.

3        Dated this 4th day of December, 2009.

4

5                      RONALD B. LEIGHTON

6                      UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2