1                                                                             HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

TEDDY MORRIS,

               Petitioner,

      v.

ROB McKINNA, et. al.,

              Respondents.

Case No. C09-5345RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Notice of Appeal [Dkt. #22] and Motion for Appointment of Appellate Counsel [Dkt. #23]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The filing of a Notice of Appeal in a 28 U.S.C. § 2254 proceeding requires this Court to determine whether a certificate of appealability shall issue. 28 U.S.C. § 2253(c)(1). For the reasons stated in the Report and Recommendation [Dkt. #18], this Court declines to issue a certificate of appealability because the Petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Clerk shall forward Petitioner's Motion for Appointment of Appellate Counsel [Dkt. #23] to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 5th day of January, 2010.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2