UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TEDDY MORRIS,

        Petitioner,

        v.

ROB McKENNA,

        Respondent.

CASE NO. C09-5345RBL/JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation [Dkt. #33], and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This petition is DENIED for the reasons stated in the Report and Recommendation. This petition does not challenge the fact, length or duration of a sentence and it is not properly a habeas corpus matter.

(3) To the extent a certificate of appeal may be necessary, the Court declines to enter one here because the Petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

ORDER - 1

(4) The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

DATED this 1st day of March, 2010.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2