# United States District Court

WESTERN DISTRICT OF WASHINGTON

TEDDY MORRIS

JUDGMENT IN A CIVIL CASE

v.

ROB McKENNA

CASE NUMBER: C09-5345RBL/JRC

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

This petition is DENIED for the reasons stated in the Report and Recommendation. This petition does not challenge the fact, length or duration of a sentence and it is not properly a habeas corpus matter.

To the extent a certificate of appeal may be necessary, the Court declines to enter one here because the Petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).


| March 2, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
By, Deputy Clerk